888

act, the direct and natural tendency of which was to destroy another's life. (*People v. Davis*, 35 Ill.2d 55, 219 N.E.2d 468.) The intent is implied from the character of the act. *People v. Winters*, 29 Ill.2d 74, 193 N.E.2d 809.

██ The issue of whether an accused in killing another committed murder or voluntary manslaughter is a question of fact which must be resolved by the trier of fact. (*People v. Davis*, 35 Ill.2d 55, 219 N.E.2d 468.) The defendant admitted firing bullets, and as is pointed out above the evidence justified a finding (1) that the defendant discharged the revolver without provocation and without lawful justification and (2) that the defendant was guilty of murder.

It is finally contended that the State failed to prove the defendant guilty beyond a reasonable doubt because the testimony of the prosecution witnesses was so contradictory and unsatisfactory that it created grave doubt that the defendant actually fired the fatal shots. This argument is based upon conflicts and inconsistencies in the testimony concerning the number of youths present at the scene, the number of bullets fired, and the direction which the decedent was facing at the time of the shooting. The defendant himself admitted firing shots, and several witnesses for the State testified that the defendant fired the shots which wounded and eventually killed Michael Gales. The overwhelming weight of the evidence was that the defendant fired the shots which killed the decedent, and we cannot say that any inconsistencies which may exist in the record raise a reasonable doubt that the defendant fired the fatal shots.

For the reasons stated, the judgment of the Circuit Court is affirmed.

Judgment affirmed.

DIERINGER, P. J., and ADESKO, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN DELK (Impleaded), Defendant-Appellant.

(No. 55906;

First District—February 9, 1972.

Opinion by Mr. JUSTICE BURMAN.

Gerald W. Getty, Public Defender, of Chicago, (James T. Moran, Jr. and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Richard Pezzopane, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALBERT W. TRENTER, Defendant-Appellant.

(No. 71-147;

Second District—February 14, 1972.